[No. 14730-1-II. Division Two. January 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT S. RINK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 89-1-00029-3, Milton R. Cox, J., entered Febru-

ary 15, 1991. *Reversed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Petrich, J., and Worswick, J. Pro Tem.